UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

EUROSPORT ACTIVE WORLD
CORPORATION, a Florida corporation,

    Plaintiff,

v.

MNP, LLP, a Canadian limited liability
partnership,

    Defendant
_____/

## DEFENDANT'S NOTICE OF REMOVAL[1]

COMES NOW Defendants, MNP, LLP a Canadian Limited Liability Partnership, by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby file this Notice of Removal of the above-captioned matter from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. As grounds therefore, Defendants show the Court as follows:

### I. State Court Action

Plaintiff initiated an action that is still pending in the Circuit Court of the Eleventh Judicial Circuit for Miami-Dade County, Florida, styled *EUROSPORT ACTIVE WORLD CORPORATION*, a Florida Corporation (hereinafter "EAWC"), vs. *MNP, LLP*, a Canadian Limited Liability Partnership (hereinafter "MNP")*,* and designated Case No 2018-002177 CA 01.

---

[1] Nothing herein shall be seen as a waiver on a motion to Dismiss or transfer as a result of the parties' venue agreement, for forum non conveniens, or lack of personal jurisdiction.

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

Plaintiff filed that action on or about January 23, 2018. *See Summons and Complaint*[2] at <u>Exhibit A</u>.

## II. Defendants' Receipt of Complaint

A copy of the Plaintiffs' Complaint in this action was received by Defendants, along with the summons, on or about February 6, 2018. *See* <u>Exhibit A</u>.

## III. Nature of Action

Plaintiff is bringing a claim for breach of contract and professional negligence.

## IV. Removal of State Court Action

Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." Specifically, this action is removable under 28 U.S.C. §1441(a), because the district court would have original jurisdiction under 28 U.S.C. § 1332 (Diversity of citizenship; amount in controversy; costs). Here, the Plaintiff is based in Miami and the Defendant is a Canadian LLP.

## V. Diversity of Citizenship

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…" Furthermore, under 28 U.S.C. § 1332(a)(2), "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of a State and citizens or subjects of a foreign state". On

---

[2] Plaintiff's Exhibit 2 to the Complaint for Damages has been removed from Exhibit A of this filing pursuant to the Notice of Confidential Information within Court Filing on file in the State court in this removed action.

information and belief, Plaintiff, EAWC, is a Florida corporation, registered and authorized to do business in the State of Florida, with an office in Miami-Dade County Florida. *See Complaint ¶ 1*. Defendant, MNP, is a Canadian limited liability partnership that conducts business as an accounting and auditing firm. *See Complaint ¶ 2*. EAWC has alleged damages in the amounts of CAN$ 53,500 and $16,000,000, exclusive of interests and costs. *See Complaint ¶ 16, 22*.

Because this Court has original jurisdiction over the breach of contract and professional negligence claims, pursuant to their meeting the requirements laid out in 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332(a)(2), this action should be removed to the federal court. "Any civil case filed in state court may be removed to federal court by the defendant if the case could have been brought originally in federal court." *Deel v. Metromedia Restaurant Services, Inc.,* 2006 WL 481667, *2 (N.D.Fla. 2006). Because Plaintiff's Complaint clearly meets the requirements laid out above, removal is thus proper.

### VI. Venue

The Miami Division of the United States District Court for the Southern District of Florida is the judicial district embracing the place where the state court case was brought and is pending and is, thus, the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 89(c), 1441(a) & 1446(a). Moreover, the Miami Division is the proper division within the Southern District of Florida to which the case should be removed since EAWC is a Florida Corporation, registered and authorized to do business in the State of Florida, with an office in Miami-Dade County. *See 28* U.S.C. §§ 1441(a), (e) & 1446(a); S.D. Fla. L.R. 3.4(D), *Complaint* at *¶ 1*.

### VII. State Court Pleadings

CASE NO.:

Pursuant to 28 U.S.C. § 1446(a), with this notice, the Defendants are simultaneously filing copies of all process, pleadings, and orders existing on file in the State court in this removed action, including the Complaint[3]. See <u>Composite Exhibit B</u>.

**VIII.   Notice to State Court and Plaintiffs**

Simultaneously with filing this Notice of Removal, Defendants has given written notice to all adverse parties and has filed the Notice of Filing Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

**IX.   Timeliness of Notice of Removal**

Pursuant to 28 U.S.C. § 1446(b), this removal is timely because 30 days have not elapsed since "receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." Specifically, the summons and Complaint was served on Defendant on February 6, 2018, less than thirty days ago. Thus, this removal is timely.

WHEREFORE, for the above-stated reasons, Defendant prays that Civil Action No. 2018-002177 CA 01, now pending in Circuit Court of the Judicial Circuit in and for Miami-Dade County, Florida be removed to this Federal Court.

Respectfully submitted, this 28th day of February, 2018.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 28th day of February, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

---

[3] Plaintiff's Exhibit 2 to the Complaint for Damages has been removed from Composite Exhibit B of this filing pursuant to the Notice of Confidential Information within Court Filing on file in the State court in this removed action.

CASE NO.:

          COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant MNP, LLP, a Canadian limited liability partnership*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6415
Facsimile (305) 373-2294
Primary e-mail: cody.german@csklegal.com
Secondary e-mail: cody.german@csklegal.com

By:   s/ John Cody German
      JOHN CODY GERMAN
      Florida Bar No.: 58654
      STEVEN L. EHRLICH
      Florida Bar No.: 91409

1620.0056-00/9365873