UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-cv-20761-JEM

EUROSPORT ACTIVE WORLD
CORPORATION, a Florida corporation,

    Plaintiff,

v.

MNP, LLP, a Canadian limited liability
partnership,

    Defendant
_____/

## DEFENDANT'S CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the document listed below was served by electronic mail on February 28, 2018 to **Corey E. Hoffman, Esq.**, COREY E. HOFFMAN, P.A., 3250 Mary Street, Suite 303, Coconut Grove, FL 33133, corey@coreyhoffman.com, chris@coreyhoffman.com, *Counsel for the Plaintiff, EUROSPORT ACTIVE WORLD CORPORATION*.

- Defendant's Notice of Removal [DE 1].

## CERTIFICATE OF FILING

I HEREBY CERTIFY that on this 28th day of February, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
    *Counsel for Defendant MNP, LLP, a Canadian limited liability partnership*
    Cole, Scott & Kissane Building
    9150 South Dadeland Boulevard, Suite 1400

CASE NO.: 18-cv-20761-JEM

         P.O. Box 569015
         Miami, Florida 33256
         Telephone (786) 268-6747
         Facsimile (305) 373-2294
         Primary e-mail: steven.ehrlich@csklegal.com
         Secondary e-mail: cody.german@csklegal.com

By: s/ John Cody German
    JOHN CODY GERMAN
    Florida Bar No.: 58654
    STEVEN L. EHRLICH
    Florida Bar No.: 91409

1357.0185-00/9391741